SOUTHERN KRAFT CORPORATION, Appellant and Respondent, *v.* STANDARD CAPITAL CORPORATION, Respondent and Appellant.

Argued June 5, 1945; decided July 19, 1945.

*Joseph Dannenberg, Julius M. Arnstein* and *John J. O'Neil* for plaintiff-appellant and respondent.

*Samuel W. Dorfman* for defendant-respondent and appellant.

Judgment affirmed, without costs; no opinion. [See 294 N. Y. 976.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.